# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEMUEL L. LILLY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 05-728-GPM |
| JOHN EVANS, | ) ) ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court on the Report and Recommendation by United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied in its entirety. Judgment is entered in favor of Respondent, **JOHN EVANS**, and against Petitioner, **LEMUEL L. LILLY**, and this action is dismissed on the merits.

**DATED**: 12/03/07

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE